DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MOISES JASSO PASSOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-172 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | CONTINUE STATUS HEARING AND TO |
| | ) | EXCLUDE TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| MOISES JASSO PASSOS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on July 21, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation, research, and investigation,  and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 21, 2008, be continued until August 11, 2008.  In addition, the parties stipulate that the time period from June 21, 2008, to August 11, 2008, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

1 | A proposed order is attached and lodged separately for the court's convenience.

DATED: July 22, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| /s/Lexi Negin for Daniel McConkie | /s/ Lexi Negin |
| DANIEL MCCONKIE | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Moises Jasso Passos |

1

1
2                IN THE UNITED STATES DISTRICT COURT
3              FOR THE EASTERN DISTRICT OF CALIFORNIA
4
|                                    |                                    |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR-S-07-472 WBS |
|          Plaintiff,        ) |  |
|     v.                     ) | ORDER CONTINUING STATUS HEARING |
|                            ) | AND EXCLUDING TIME PURSUANT TO THE |
|                            ) | SPEEDY TRIAL ACT |
| EUGENIO MARTINEZ MORFIN,   ) |  |
|          Defendant.        ) |  |

     For the reasons set forth in the stipulation of the parties, filed on July 22, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for July 21, 2008, shall be vacated and that the case be set for Monday, August 11, 2008 at 8:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 22, 2008 stipulation, the time from July 21, 2008, through August 11, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated:  July 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2