DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MOISES JASSO PASSOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-172 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | CONTINUE SENTENCING HEARING |
| | ) | |
| | ) | |
| MOISES JASSO PASSOS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for sentencing on October 27, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing.  Mr. Jasso Passos is being housed in Nevada City and requires the services of a Spanish language interpreter.  Due to counsel's schedule, more time is needed to discuss the presentence investigation report and to prepare Mr. Jasso Passos for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing currently scheduled for October 27, 2008, be continued until December 1, 2008, so that counsel for the defendant may have reasonable time necessary for effective preparation.

A proposed order is attached and lodged separately for the court's convenience.

1

1    DATED: October 20, 2008

2

3                    Respectfully submitted,

4    McGREGOR W. SCOTT                    DANIEL BRODERICK
     United States Attorney              Federal Defender

5

6     /s/Lexi Negin for Daniel McConkie        /s/ Lexi Negin
     DANIEL MCCONKIE                     LEXI NEGIN
7    Assistant U.S. Attorney             Assistant Federal Defender
     Attorney for United States          Attorney for Moises Jasso Passos

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-08-172 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS HEARING |
| v. | ) | AND EXCLUDING TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| | ) | |
| MOISES JASSO PASSOS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on October 20, 2008,  IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 27, 2008,  shall be vacated and that the case be set for Monday, December 1, 2008 at 8:30 a.m.  Formal objections to the presentence investigation report shall be due to the Court by November 24, 2008.

Dated:   October 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2